# Court of Appeals
# of the State of Georgia

ATLANTA,  October 16, 2024

*The Court of Appeals hereby passes the following order:*

## A25D0067. MARIA THERESA PAGANO v. THE STATE.

On September 11, 2024, a bench warrant was issued for Maria Theresa Pagano, charging her with misdemeanor willful obstruction of law enforcement officers, speeding, and driving while her license was suspended or revoked. Pagano filed an application for discretionary appeal, challenging the bench warrant. We lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below[.]" "[T]he primary purpose of [a bench warrant] is to secure the presence of the defendant in court. And once the defendant appears in court, the bench warrant is no longer necessary, and has no force and effect." *Ruemker v. Ruemker*, 339 Ga. App. 680, 684 (2) (792 SE2d 727) (2016) (punctuation and footnote omitted). A bench warrant is not an appealable final judgment. Pagana has filed several motions below but has not included any trial court order resolving those motions. Even if we were to construe the warrant as an order, the order would be considered interlocutory because the case remains pending below, and Pagano would be required to use the interlocutory appeal procedures to appeal. See *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989).

For the reasons stated above, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,__10/16/2024_____*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*